**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA   :

VS.                                                              : CRIMINAL NO. 18-00040-KD-MU

FNU LNU *aka Thomas Hampl,*      :       INTERPRETER REQUIRED
aka *Jaroslav Hampl.*

ORDER

The defendant has filed a Notice of Intent to Plead Guilty to **Count One (blind plea) of the Indictment/Superseding Indictment**. Accordingly, it is ORDERED that the parties appear before Chief United States District Judge Kristi K. DuBose for the purpose of participating in a guilty plea hearing, pursuant to Fed.R.Cr.P. 11, on **April 24, 2018, at 10:00 a.m**. If the defendant is in custody, the U. S. Marshal is DIRECTED to produce the defendant at that time.

DONE and ORDERED this 20th day of April, 2018.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE